AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

ELMER ANTOINIO OSORTO-BENITEZ
  also known as Elmer Antonio Benitez-Osorto
  also known as Elmer Antonio Osorto
  also known as Jose Orellane Gonzalez
  also known as Jose Gonsalez
  also known as Jose Orellone Gonsales

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 23, 2005__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully enter and was found on February 23, 2005, in the District of Columbia, in the United States, after having previously been deported following conviction for an aggravated felony without having obtained the express consent of the Attorney General of the United States or Secretary of the Department of Homeland Security.

in violation of Title __8__ United States Code, Section(s) __1326(a) and (b)(2)__.

I further state that I am William Hampton, Special Agent with the U.S. Immigration & Customs Enforcement, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant
William Hampton, Special Agent
U.S. Immigration and Customs Enforcement

AUSA, Catharine A. Hartzenbusch   (202) 353-8822
Sworn to before me and subscribed in my presence,

_____         at      __Washington, D.C.__
Date                                          City and State

_____                  _____
Name & Title of Judicial Officer          Signature of Judicial Officer