**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

ELMER ANTONIO OSORTO-BENITEZ, also known as Elmer Antonio Benitez-Osorto, Elmer Antonio Osorto, Jose Orellane Gonzalez, Jose Gonsalez, Jose Orellone Gonsales, DOB: x/x/1968

I, William Hampton, being duly sworn, depose and state:

1. I am a Special Agent (SA) of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been an agent with ICE, formerly the Immigration and Naturalization Service (INS) since May 1998. I successfully completed the Immigration Officer Basic Training Course at the Federal Law Enforcement Training Center in September 1998, where I received training in Immigration law, Nationality law, and Criminal law. My current assignment is with the ICE Special Agent in Charge, District of Columbia Office, which is physically located in Fairfax, Virginia.

2. This Affidavit contains information in support of a criminal complaint, charging Elmer Antonio Osorto-Benitez (Osorto) – also known as Elmer Antonio Benitez-Osorto, Elmer Antonio Osorto, Jose Orellane Gonzalez, Jose Gonsalez, Jose Orellone Gonsales, DOB: x/x1968, x/x/968, x/x/1967 – with being an alien who was arrested and previously deported from the United States, after having been convicted of an aggravated felony, who has been found in the United States after that deportation without having obtained the required, express consent of the Attorney General or the Secretary of the Department of Homeland Security or his delegate in violation of Title 8, United States Code, Section 1326(a) & (b)(2)

3. The facts and information contained in this Affidavit are based on my personal knowledge, as well as my review of official documents and materials containing the observations of other agents and officers involved in this investigation. This Affidavit contains information

necessary to support probable cause, and is not intended to include each and every fact and matter observed by me or known to the government.

4.   On or about August 26, 1988, at or near Sarita, Texas, Osorto, a native and citizen of El Salvador, was arrested by Border Patrol Agents for entering the United States without being admitted or paroled by an Immigration Officer. He was fingerprinted, and placed into Deportation proceedings.

5.   On or about August 31, 1988, Osorto admitted deportability and requested asylum. In the asylum application that he completed, Osorto declared he was a native and citizen of El Salvador.

6.   On or about November 16, 1988, at Harlingen, Texas, Osorto's application for asylum was denied and he was ordered deported from the United States to El Salvador by an Immigration Judge.

7.   On or about April 7, 1989, Elmer Antonio Osorto-Benitez was convicted in the Superior Court of the District of Columbia for Attempted Possession with Intent to Distribute Cocaine in case number F-14292-88. Osorto was sentenced to time not to exceed 5 years. Under federal law, this conviction constitutes an aggravated felony. *See* 8 U.S.C. 1101(43)(B).

8.   On or about April 18, 1991, at Washington, DC, Elmer Antonio Osorto-Benitez affixed a print of his right thumb to an I-205, Warrant of Deportation; he was officially warned that he could not re-enter the United States, at any time, without the express consent of the Attorney General of the United States; and he was deported to El Salvador by an INS Detention Enforcement Officer, who witnessed his departure on a commercial airline flight.

9.   On or about February 23, 2005, Osorto was found in the District of Columbia, at Georgia Avenue and Underwood Street, NW, when he was arrested by the Metropolitan Police

Department (MPD) on charges of Distribution of Cocaine as well as by the affiant for entering the United States without being admitted or paroled by an Immigration Officer. Osorto was transported to the MPD Major Narcotics Branch at 1215 3rd Street, NE, Washington, DC, where I fingerprinted and photographed Osorto at that time.

10. On or about March 4, 2005, the affiant obtained a Certificate of Nonexistence of Record from the U.S. Department of Homeland Security, Citizenship and Immigration Services (formerly INS), Headquarters Office of Records, which certifies that Elmer Antonio Osorto-Benitez had not obtained the express consent of the Attorney General of the United States, prior to March 1, 2003, or the Secretary of the Department of Homeland Security, on or after March 1, 2003, to reenter the United States after his deportation on or about April 18, 1991.

11. On or about March 11, 2005, the affiant forwarded the fingerprints taken from Elmer Antonio Osorto-Benitez by the affiant on February 23, 2005, to the ICE Forensic Document Laboratory, for comparison with the fingerprints taken on August 26, 1988, referred to in paragraph four above, and for comparison to the fingerprint affixed on April 18, 1991, to the Warrant of Deportation referred to in paragraph eight above. The affiant was advised that these fingerprints are a match.

12. Based on the above information, I have probable cause to believe that Elmer Antonio Osorto-Benitez is an alien who had been deported or removed from the United States on or about April 18, 1991, after having been convicted of an aggravated felony, and did unlawfully enter and was found on February 23, 2005, in the District of Columbia, in the United States, without having obtained the express consent of the Attorney General of the United States for reapplication for admission to the United States prior to March 1, 2003 and without having obtained the express

consent of the Secretary of the Department of Homeland Security for reapplication for admission to the United States on or after March 1, 2003, in violation of Title 8, United States Code, section 1326(a) & (b)(2).

                                                    _____
                                                    William Hampton, Special Agent
                                                    U.S. Immigration and Custom Enforcement

Subscribed and sworn to before me this  day of March 2005.

                                                    _____
                                                    United States Magistrate Judge