AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

ELMER ANTONIO OSORTO-BENITEZ
also known as Elmer Antonio Benitez-Osorto
also known as Elmer Antonio Osorto
also known as Jose Orellane Gonzalez
also known as Jose Gonsalez
also known as Jose Orellone Gonsales

**WARRANT FOR ARREST**

FILED
APR - 4 2005
NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

CASE NUMBER: 05-0172M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ELMER ANTONIO OSORTO-BENITEZ_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Reentry after deportation following conviction for an **aggravated felony**.

in violation of Title _8_ United States Code, Section(s) _1326(a)( and (b)(2)_

JOHN M. FACCIOLA
Name of Issuing Officer   U.S. MAGISTRATE JUDGE

_/s/ John M. Facciola_
Signature of Issuing Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

MAR 3 0 2005   District of Columbia
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED 4-4-05 | NAME AND TITLE OF ARRESTING OFFICER Darlene Todd DUSM | SIGNATURE OF ARRESTING OFFICER _/s/ Darlene Todd_ |
| DATE OF ARREST 4-4-05 | | |