**U.S. Department of Justice**
*United States Attorneys*

# United States District Court
## for the District of Columbia

FILED

MAY 1 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.

Elmer Osorto Benitez

Case No. _05-172 M_

**ORDER**

Upon oral motion of the _____Parties_____ to exclude
_____21_____ days in computing the time within which an indictment must be filed in the
instant case, the Court finds that the ends of justice are best served and outweigh the best interest
of the public and the defendant in a speedy trial, and the Court (sets forth in writing) or (orally
sets forth) its reasons in the record at this time, and it is hereby

**ORDERED**, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18,
United States Code, § 3161(h)(8)(A)), that _____21_____ days be excluded in computing the time
within which an indictment must be filed in the instant case.

No objection

_____
Defendant

_____
Defense Counsel

_____
Attorney for Government

4/2/05 @ 1:45pm

_____
(United States Judge)
(United States Magistrate)

USA-D9 (Oct. 76)

COURT COPY