UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No. 05-275 |
| | ) | |
| ELMER A. OSORTO-BENITEZ | ) | |

WAIVER OF INDICTMENT

I, **ELMER A. OSORTO-BENITEZ**, the above-name defendant, who is accused of

Reentry of an Alien Deported Following Conviction for an Aggravated Felony
8 USC Section 1326(a) and (b)(2)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **August 15, 2005** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____      Date: _____
Judge John D. Bates