IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-275 (JDB) |
| | : | |
| v. | : | MAGISTRATE NO. 05-172-M |
| | : | |
| ELMER ANTONIO OSORTO-BENITEZ | : | VIOLATION: |
| also known as Elmer Antonio Benitez-Osorto, | : | |
| also known as Elmer Antonio Osorto | : | 8 U.S.C. § 1326(a) and (b)(2) |
| also known as Jose Orellane Gonzalez | : | (Reentry of an Alien Deported |
| also known as Jose Gonsalez, | : | Following Conviction for an |
| also known as Jose Orellone Gonsales, | : | Aggravated Felony) |
| | : | |
| Defendant. | : | |

## I N F O R M A T I O N

On or about February 23, 2005, in the District of Columbia, the defendant, **ELMER ANTONIO OSORTO-BENITEZ**, also known as Elmer Antonio Benitez-Osorto, also known as Elmer Antonio Osorto, also known as Jose Orellane Gonzalez, also known as Jose Gonsalez, also known as Jose Orellone Gonsales, an alien, was found in the United States after having been previously deported or removed from the United States, subsequent to his conviction in the Superior Court for the District of Columbia, on or about April 7, 1989, for Attempted Possession With Intent to Distribute Cocaine, Criminal Case Number F-1492-88, for which the defendant was sentenced to a term of imprisonment of time not to exceed 5 years, an aggravated felony, without having obtained the express consent of the Attorney General of the United States or the

Secretary of the Department of Homeland Security of the United States to reapply for admission into the United States

    (**Reentry of an Alien Deported Following Conviction for an Aggravated Felony**, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2)).

                                  KENNETH L. WAINSTEIN
                                  UNITED STATES ATTORNEY
                                  D.C. Bar # 451-058

By:    _____
            Catharine A. Hartzenbusch
            D.C. Bar # 450-194
            Assistant United States Attorney
            Transnational/Major Crimes Section
            555 4th Street, N.W.
            Washington, D.C. 20530
            (202) 353-8822
            Catharine.Hartzenbusch@usdoj.gov