IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Cr. No. 05-275 (JDB) |
| **v.** ) | |
| ) | |
| **ELMER OSORTO BENITEZ** ) | |
| ) | |

DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING SCHEDULED FOR OCTOBER 27, 2005 AT 9:00 A.M.

Defendant, Elmer Osorto Benitez, through undersigned counsel, respectfully requests this Honorable Court to continue the sentencing currently scheduled for October 27, 2005 at 9:00 a.m. In support of his motion, Mr. Osorto Benitez submits the following.

In June of this year, undersigned counsel co-chaired a lengthy trial with Assistant Federal Public Defender Shawn Moore. The trial was before visiting Judge Michael M. Mimh, from the Central District of Illinois. When counsel scheduled the sentencing in Mr. Osorto Benitez's case, she was unaware that a sentencing date of 9:00 a.m. on October 27, 2005 had been set in the case before Judge Mimh. As the visiting Judge will be in Washington, D.C. briefly and solely for the purposes of the sentencing, and as counsel is needed in that case in order to communicate with the Spanish-speaking client, counsel requests that the sentencing in the above-captioned case be rescheduled.

Counsel has contacted the government in this case and they have no objection to a continuance. The parties have consulted with Mr. Bradley and propose November 22, 2005 at 9:00 a.m. for sentencing.

WHEREFORE, Mr. Osorto Benitez respectfully moves this Honorable Court to continue

the sentencing until November 22, 2005 at 9:00 a.m.

                                    Respectfully submitted,

                                    A.J. Kramer
                                    Federal Public Defender


_____/s/_____
Lara G. Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C.  20004
(202) 208-7500 ex.126