THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> **v.** ) <br> ) <br> **ELMER OSORTO BENITEZ** ) <br> ) | Cr. No. 05-275 (JDB) |

## ORDER

Upon consideration of defendant's Unopposed Motion to Continue Sentencing, it is by the Court hereby

ORDERED that the motion is GRANTED and that the sentencing is continued until November 22, 2005 at 9:00 a.m.

SO ORDERED.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Catherine Hartzenbusch, AUSA
Lara G. Quint, AFPD