IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 05-275 (JDB) |
| v. ) | |
| ) | |
| ELMER OSORTO BENITEZ ) | |
| ) | |

### PARTIES' JOINT MOTION TO CONTINUE SENTENCING SCHEDULED FOR DECEMBER 19, 2005 AT 9:00 A.M.

Defendant, Elmer Osorto Benitez, through undersigned counsel, and government counsel, respectfully request this Honorable Court to continue the sentencing currently scheduled for December 19, 2005 at 9:00 a.m. In support of their motion, the parties submit the following:

1. A sentencing hearing is scheduled in Mr. Osorto Benitez's case for 9:00 a.m. on December 19, 2005. Defense counsel filed a sentencing memorandum on December 12, 2005.

2. The parties have recently engaged in discussions that could have a bearing on Mr. Osorto's sentencing. Defense counsel has mentioned such discussions to Your Honor's Courtroom Deputy.

WHEREFORE, Mr. Osorto Benitez respectfully moves this Honorable Court to continue the sentencing scheduled for December 19, 2005 at 9:00 a.m.  The parties have conferred  and propose January 20, 2006 as a new sentencing date–provided, of course, that that date is convenient to the Court.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

_____/s/_____
Lara G. Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C.  20004
(202) 208-7500 ex.126