## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                         )          Cr. No. 05-275 (JDB)
            v.           )
                         )
ELMER OSORTO BENITEZ     )
_____)

### ORDER

Upon consideration of the parties' Joint Motion to Continue Sentencing, it is by the Court

hereby

ORDERED that the motion is GRANTED and that the sentencing is continued until

_____, 2006 at_____.


SO ORDERED.


_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE


DATE:


Copies to:
Catherine Hartzenbusch, AUSA
Lara G. Quint, AFPD