HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-275-01</u> |
| | : | |
| vs. | : | SSN: <u>None assigned</u> |
| | : | |
| OSORTO-BENITEZ, Elmer | : | Disclosure Date: <u>September 19, 2005</u> |

**FILED**

FEB 1 6 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          September 26, 2005
**Prosecuting Attorney**                                      Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____          _____    _____
**Defendant**              Date                  **Defense Counsel**       Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **October 3, 2005**, to U.S. Probation Officer **Tanyita Ruley**, telephone number **(202) 565-1385**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Richard A. Houck, Jr., Chief
       United States Probation Officer



U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# FAX

| | | | |
|---|---|---|---|
| To: | Tanyita Ruley, U.S. Probation | From: | Catharine A. Hartzenbusch |
| Fax: | (202) 273-0242 | Phone: | (202) 353-8822 |
| Date: | September 26, 2005 | | |
| Re: | United States v. Elmer A. Osorto-Benitez, 05-275 (JDB) | | |
| Page(s): | 3 including cover | | |

COMMENTS:

Following is the Receipt and Acknowledgement of the Presentence Investigation Report.

cc:　　Lara Quint, Esq.
　　　(202) 208-7515 (fax)

## U.S. ATTORNEY FACSIMILE COMMUNICATION

**WARNING: Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.**

<u>United States of America v. Elmer Antonio Osorto-Benitez</u>, Criminal Number 05-275 (JDB)

The United States of America, by and through its attorney, the United States Attorney's Office for the District of Columbia, hereby makes the following comment to Presentence Investigation Report in this matter:

Paragraph 12 should be changed to delete "the defendant entered into a Factual Proffer with the Government," and to insert instead, "the defendant waived indictment and pled guilty to the information." (Although the defendant accepted responsibility by pleading guilty to the information, the defendant did not necessarily agree with the factual proffer filed by the United States.)

Signed By: _____
AUSA Catharine A. Hartzenbusch

Date: _____September 26, 2005_____